**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BLUE AXIS GLOBAL LTD, et al,

                      Petitioners,                  25 **CIVIL** 5640 (JPO)

        -against-                                **JUDGMENT**

ALOPEX ADVISORS, LLC,

                      Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 16, 2025, the petition to confirm the arbitration award is GRANTED. Judgment is entered in favor of the Petitioners in the amount of $4,000,000.00; accordingly, the case is closed.

**Dated**: New York, New York
        October 17, 2025

                                                                 **TAMMI M. HELLWIG**
                                                                   Clerk of Court

                                   BY:
                                                                    **Deputy Clerk**